Form orlfstay

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

Andrew J. Egemo
Kristal Huntley–Egemo

Debtor(s)

CHAPTER 13
Bankruptcy No.
*10–30704*

RELATES TO DOCKET NO. 26

MOVANT: US Bank NA

## ORDER Regarding Stay

    No resistance to the motion for relief from stay having been filed by the debtor or any party in interest, no hearing was held;

    IT IS THEREFORE ORDERED the motion for relief from stay is granted. Fed.R.Bankr.P. 4001(a)(3) is applicable unless waiver was requested in the orginal motion.

SO ORDERED this November 30, 2010

                                                **/s/ William A. Hill**
                                                Judge, U.S. Bankruptcy Court